1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Caitlin Baunsgard
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE OCTAVIO VALENZUELA-MEDRANO,<br>STEVEN ALAN DAANEN,<br>TAWNEY LYNN MCKENZIE, and<br>COSME ANTHONY MEDRANO,<br><br>Defendants. | 2:22-CR-00019-MKD<br><br>SECOND SUPERSEDING INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 500 Grams or More of Methamphetamine<br>(Count 1)<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846<br>Conspiracy to Distribute 500 Grams or More of Methamphetamine<br>(Count 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

SECOND SUPERSEDING INDICTMENT-1

## COUNT ONE

On or about January 27, 2022, in the Eastern District of Washington, the Defendant, JORGE OCTAVIO VALENZUELA-MEDRANO, knowingly possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT TWO

On a date unknown, but by September 2020, and continuing to on or about January 27, 2022, in the Eastern District of Washington and elsewhere, the Defendants, JORGE OCTAVIO VALENZUELA-MEDRANO, STEVEN ALAN DAANEN, TAWNEY LYNN MCKENZIE, and COSME ANTHONY MEDRANO, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

SECOND SUPERSEDING INDICTMENT-2

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Second Superseding Indictment, Defendants, JORGE OCTAVIO VALENZUELA-MEDRANO, STEVEN ALAN DAANEN, TAWNEY LYNN MCKENZIE, and COSME ANTHONY MEDRANO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

Defendant JORGE OCTAVIO VALENZUELA-MEDRANO (Counts 1 and 2)

$30,920.00 U.S. currency seized by the United States Drug Administration pursuant to the execution of a Federal Search and Seizure Warrant on or about January 27, 2022.

Defendant STEVEN ALAN DAANEN (Count 1)

$30,920.00 U.S. currency seized by the United States Drug Administration pursuant to the execution of a Federal Search and Seizure Warrant on or about January 27, 2022.

If any forfeitable property, as a result of any act or omission of the Defendants:

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the court;
d.  has been substantially diminished in value; or

SECOND SUPERSEDING INDICTMENT-3

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 7 day of June, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

SECOND SUPERSEDING INDICTMENT-4