# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 20, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | McKenzie, Tawney Lynn | Docket No. | 0980 2:22CR00019-MKD-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tawney Lynn McKenzie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 20th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #12:** Inpatient treatment: Defendant shall immediately enter into and successfully complete an inpatient treatment program at the in-patient facility at Royal Life Centers in Sumner, Washington.  Pretrial Services will monitor Defendant while in treatment.  Defendant shall comply with all directives of the U.S. Probation Officer.  Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation treatment and performance in the program.  It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Tawney Lynn McKenzie is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting methamphetamine on October 16, 2022, and fentanyl on October 18, 2022.

On October 18, 2022, the undersigned officer was contacted by Ms. McKenzie's substance abuse counselor at Royal Life Centers (RLC) in Spokane, Washington.  The counselor advised Ms. McKenzie was going to be unsuccessfully discharged from inpatient substance abuse treatment due to relapsing on methamphetamine and fentanyl.  Furthermore, the counselor advised Ms. McKenzie was placed into a detox unit operated through RLC and would be discharged from treatment on the morning of October 19, 2022.  Subsequently, the undersigned officer asked the counselor to have Ms. McKenzie report to the U.S. Probation Office to be returned to the custody of the U.S. Marshals Service.

On October 19, 2022, Ms. McKenzie reported to the U.S. Probation Office upon her unsuccessful discharge from Royal Life Centers.  Ms. McKenzie admitted she injected methamphetamine on October 16, 2022.  She further admitted to smoking "one hit" of fentanyl on October 18, 2022.  Upon the undersigned officer's request, Ms. McKenzie voluntarily signed a substance abuse admission form acknowledging her use of methamphetamine and fentanyl.

**Violation #2:** Tawney Lynn McKenzie is alleged to have violated her conditions of pretrial release supervision by failing to successfully complete inpatient substance abuse treatment at Royal Life Centers on October 19, 2022.

As noted in violation #1, on October 18, 2022, Ms. McKenzie's substance abuse counselor at Royal Life Centers (RLC) contacted the undersigned officer.  The counselor advised Ms. McKenzie would be unsuccessfully discharged from inpatient substance abuse treatment on October 19, 2022, due to her use of methamphetamine and fentanyl.

PS-8
**Re: McKenzie, Tawney Lynn**
**October 19, 2022**
**Page 2**

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:          October 19, 2022

by      s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

10/20/22

Date